UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK L. COLYER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ACELRX PHARMACEUTICALS, INC., et al.,<br><br>        Defendants. | Case No. 14-CV-04416-LHK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On November 25, 2015, the Court issued an order granting Defendants' motion to dismiss Plaintiffs' First Amended Complaint with leave to amend. ECF No. 62. This Order stated that, "[s]hould Plaintiffs elect to file an amended complaint . . . , Plaintiffs shall do so within 30 days of the date of this Order. Failure to meet the 30 day deadline to file an amended complaint . . . will result in a dismissal with prejudice." *Id.* at 27–28. On December 8, 2015, the parties filed a stipulation requesting an extension of this 30 day deadline. ECF No. 63. Specifically, the parties agreed that Plaintiffs would file a "Second Amended Complaint on or before January 7, 2016," and that Defendants would file a response "to the Second Amended Complaint on or before February 4, 2016." *Id.* at 3. The Court granted the parties' stipulation on December 8, 2015. ECF No. 64.

1  Plaintiffs have not yet filed a Second Amended Complaint, and the deadline to file a
2  Second Amended Complaint has now passed.  Accordingly, this case is hereby DISMISSED
3  WITH PREJUDICE.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  January 18, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 14-CV-04416-LHK
ORDER DISMISSING CASE WITH PREJUDICE